*Friday, January 15, 1999*

## MERIT DOCKET

**99–14. State ex rel. Fries v. Williamson.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.